**MEMO ENDORSED**          **MEMO ENDORSED**

# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED 12/28/2012

December 27, 2012

**VIA FACSIMILE (212-805-7927)**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC 2 2012
UNITED STATES COURT JUDGE

    Re: *Tiffani Johnson v. IAC/InterActiveCorp and Connected Ventures, LLC*
        Case No. 11-CV-7909 (NRB) (MHD)
        KM&M File No. 11729.0003      **MEMO ENDORSED**

Dear Judge Buchwald:

    As counsel to Defendants in the above-referenced action, we are writing to request an extension of the deadline for fact and expert discovery from December 31, 2012 to January 31, 2013. Plaintiff has noticed the depositions of several CollegeHumor employees. We are requesting this extension because CollegeHumor's employees are currently on hiatus until the end of the year. This is the second request to extend the discovery deadline; the prior request was granted. This request is made with the consent of Plaintiff's counsel, Sandra D. Parker, Esq.

    Thank you for your consideration of this matter.

Respectfully submitted,

*Michele Coyne* (TS)
Michele A. Coyne

*[handwritten endorsement: Application hereby granted. Buchwald, USDJ 12/27/12]*

cc:    Sandra D. Parker, Esq. (by facsimile)

4842-0096-3090.1