UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIFFANY JOHNSON,

                Plaintiff,

-against-

IAC/INTERACTIVE CORP. and Connected Ventures,
                Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2014
```

11 **CIVIL** 7909 (NRB)

**JUDGMENT**

    Defendants having moved for summary judgment, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on February 24, 2014, having rendered its Memorandum and Order granting defendants' motion for summary judgment insofar as this Court dismisses all federal claims, and requesting the Clerk of Court to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 24, 2014, defendants' motion for summary judgment is granted insofar as this Court dismisses all federal claims; accordingly, the case is closed.

**Dated:** New York, New York
          February 28, 2014

                                            **RUBY J. KRAJICK**
                                                Clerk of Court
                                BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____